# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Ali Mukhtar OSMAN<br>DOB: xx-xx-1988<br>U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>17-05638 MJ |

Complaint for violation of Title 18, United States Code § 922(l) and 924(a)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 15, 2017, at or near Nogales, in the District of Arizona, **Ali Mukhtar OSMAN**, knowingly and without authorization by the Attorney General, as provided in 18 U.S.C. 925(d), imported or brought into the United States a firearm or ammunition, that is a loaded Sig Sauer SP2022 9mm handgun, Serial Number 24B095063, containing fifteen (15) rounds of ammunition; in violation of Title 18, United States Code, Sections 922(l) and 924(a)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 15, 2017 at approximately 7:57 P.M., **Ali Mukhtar OSMAN** entered the United States through the DeConcini Port-of-Entry (POE) in Nogales, Arizona. The primary CBPO received a computer generated lookout for OSMAN. While questioning OSMAN, the CBPO observed that OSMAN's hands were shaking and he was avoiding eye contact. The CBPO and another nearby CBPO removed OSMAN from the vehicle. The CBPO which assisted asked OSMAN if he had any weapons, to which OSMAN replied that there was a gun in the vehicle. A search of the vehicle revealed a loaded Sig Sauer SP2022 9 mm handgun, Serial Number: 24B095063. The magazine of the gun was found to contain fifteen (15) rounds of ammunition. Database queries revealed that the weapon had been reported as stolen.

Post-*Miranda*, OSMAN stated that he didn't know who the gun belonged to, but it was given to him by someone. OSMAN stated that he knew the gun was in the vehicle and he knew it was illegal to import the gun, but thought that it was better than leaving it in Mexico. OSMAN later stated that he did not know it was illegal to import the firearm. OSMAN was asked if he had a license to import firearms into the United States, to which OSMAN replied that he did not.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Rui Wang<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Alexander Warfield, HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 17, 2017 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54